UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL J. SHORT, et. al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) 1:09-cv-931- SEB-TAB |
| vs. | ) |
| | ) |
| HIGHWAY SAFETY SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has considered the Magistrate Judge's Report and Recommendation entered on August 9, 2012 and observes that Defendant has not filed an objection to it within the time permitted by law.  Accordingly, the Court finds that the undisputed evidence presented at the August 7, 2012 hearing before Magistrate Judge Tim A. Baker establishes that Defendant failed to pay required contributions to Plaintiffs for various periods since 2011, totaling $24,803.26.  Accordingly, a supplemental judgment shall issue in favor of Plaintiffs and against Defendant in the amount of $24,803.26.  Plaintiffs are entitled to execute immediately on the supplemental judgment.

   IT IS SO ORDERED.

Date: 09/19/2012

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record

Highway Safety Services, Inc.
c/o Michael Madrid, Registered Agent
4922 E. 500 N.
Lafayette, IN 47902